ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> CHEYENNE ROSEMARY WOOD (01) <br> ANTHONY GALVIN PEREZ (02) <br> RICHARD MARIO RODRIGUES (03) <br> XAVIER RODRIGUEZ URZUA (04) <br> JOSEPH TORRES (05) | NO. 3-16CR-0175K  |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Possess with Intent to Distribute Methamphetamine
(In violation 21 U.S.C. § 846)

On or about January 7, 2016, in the Dallas Division of the Northern District of Texas and elsewhere **Cheyenne Rosemary Wood, Anthony Galvin Perez, Richard Mario Rodrigues, Xaiver Rodriguez Urzua,** and **Joseph Torres,** the defendants, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together and with each other to distribute and possess with the intent to distribute and distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(C).

All in violation of 21 U.S.C. § 846.

Forfeiture Notice
(21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Counts One this Indictment and pursuant to 21 U.S.C. § 853(a), the defendants, **Cheyenne Rosemary Wood, Anthony Galvin Perez, Richard Mario Rodrigues, Xaiver Rodriguez Urzua,** and **Joseph Torres** shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
Cara Foos Pierce
Assistant United States Attorney
Texas State Bar No. 24036579
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8678
Facsimile: 214-659-8809

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHEYENNE ROSEMARY WOOD (01)
ANTHONY GALVIN PEREZ (02)
RICHARD MARIO RODRIGUES (03)
XAVIER RODRIGUEZ URZUA (04)
JOSEPH TORRES (05)

INDICTMENT

21 USC § 846
Conspiracy to Possess with Intent to Distribute Methamphetamine

1 Count

A true bill rendered

DALLAS                                                              FOREPERSON

Filed in open court this 3rd day of May, 2016.

**Warrant to be Issued for all defendants**

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending